John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 824142

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-11811 | 003-0 | ETHEL MAE BLUITT<br>Original Check written to:<br>WORLDWIDE ASSET MANAGEMENT LLC<br>P O BOX 672047<br>MARIETTA, GA 30006 | xxx1031 | 37.89 | 26.48 | 0.00 | 26.48 |
| 06-90067 | 001-0 | NORA RUTH WALKER<br>Original Check written to:<br>CITIFINANCIAL MORTGAGE CO<br>ATTN: PAYMENT PROCESSING<br>P O BOX 140609<br>IRVING, TX 75014 | xxxxxx3997 | 0.00 | 390.72 | 98.91 | 489.63 |
| 06-90067 | 004-0 | NORA RUTH WALKER<br>Original Check written to:<br>AUSTIN FINANCE<br>508 W CHURCH<br>LIVINGSTON, TX 77351 | xxxxxxxxxxxxxxxxxxxxxH WA | 513.79 | 62.81 | 0.00 | 62.81 |
| 07-10495 | 007-0 | DENNIS W. ALEXANDER<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA 94524-0010 | xxxxxx3111 | 438.42 | 14.93 | 0.00 | 14.93 |
| 07-90315 | 030-0 | DAVID E SCHAEFFER<br>Original Check written to:<br>TEXAS STATE BANK<br>700 CALDER AVENUE<br>P O BOX 26016<br>BEAUMONT, TX 77720-6016 | xxx7402 | 676.37 | 28.16 | 0.00 | 28.16 |
| 08-10619 | 002-0 | ROSALYN T. BEVERLY<br>Original Check written to:<br>ADAMS AUTO SALES<br>6520 COLLEGE ST<br>BEAUMONT, TX 77707 | NAME | 3,801.75 | 93.54 | 272.64 | 366.18 |
| 08-90023 | 002-0 | DENNIS W NEUKIRCH<br>Original Check written to:<br>ADV CONSULTANTS OF HUNTSVILLE<br>P O BOX 1434<br>TJD FINANCIAL SERVICES, INC.<br>HUNTSVILLE, TX 77342- | | 907.75 | 0.00 | 20.68 | 20.68 |